UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AARON LAVERN KEEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1093-G |
| | ) |
| GRADY COUNTY CRIMINAL | ) |
| JUSTICE AUTHORITY et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Aaron Lavern Keel, a state inmate appearing pro se, initiated this federal civil rights action on October 21, 2024. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

Judge Erwin has now issued a Report and Recommendation ("R. & R.," Doc. No. 7) recommending that Plaintiff's claims be dismissed on screening pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted. Plaintiff has filed an Objection to the R. & R. *See* Doc. No. 8. Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to which specific objections have been made. *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Objection largely reurges the merit of his legal claims and provides additional information regarding the alleged seriousness of his medical issues. *See* Pl.'s Obj. at 2-9. Nothing therein evinces any error in Judge Erwin's findings or in his conclusion that Plaintiff fails to plausibly plead a theory under which the defendants could

be held liable under 42 U.S.C. § 1983.  *See* R. & R. at 3-5.  Accordingly, Plaintiff's Objection is overruled.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety.  This action is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 12th day of August, 2025.

_____
CHARLES B. GOODWIN
United States District Judge